**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-1790**

—————————

ALBERT L. BLUMBERG, MD; BETH P. BLUMBERG,

                Plaintiffs - Appellees,

        v.

CRYSTAL RONEY,

                Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:22-cv-02531-GLR)

—————————

Submitted:  November 20, 2025                    Decided:  November 24, 2025

—————————

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Crystal Roney, Appellant Pro Se.  Nevin Lawrence Young, LAW OFFICES OF NEVIN L. YOUNG, Annapolis, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Roney seeks to appeal the district court's orders granting in part Plaintiffs Albert and Beth Blumberg's motion for partial summary judgment, denying Defendant Home Mortgage Alliance Corporation's motion for summary judgment, and denying various motions for reconsideration and amendment of the court's rulings. The Blumbergs have moved to dismiss the appeal as an improper interlocutory appeal, noting that the case has not reached a final disposition below.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Roney seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we grant the Blumbergs' motion and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*